## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>　　　　Plaintiff,<br>v.<br><br>DIANE HILLARD, in her individual capacity; CHERYL HILLARD; A.H. by and through her mother and natural guardian, DIANE HILLARD, until such time as a guardian ad litem can be appointed for her; K.H., by and through her mother and natural guardian, DIANE HILLARD, until such time as a guardian ad litem can be appointed for her;<br><br>　　　　Defendants. | Civil Action No.: 1:17-cv-00158-MSK-MJW<br><br>**STIPULATION AND CONSENT ORDER FOR DEPOSIT, APPOINTMENT OF A GUARDIAN AD LITEM, AND INTERPLEADER RELIEF** |

WHEREAS, this lawsuit concerns a dispute over entitlement to certain life insurance benefits due as a consequence of the death of Lee Hillard, deceased ("Insured"). The Insured was covered under a Trustee of the Portability Plan Insurance Trust policy bearing contract number 75087 ("Participant Term Life Contract"), which is a group contract not governed by ERISA; and

WHEREAS, at all relevant times, the Insured was covered under the Participant Term Life Contract in the amount of $500,000 ("Death Benefit") plus accrued claim interest, if any; and

WHEREAS, the Insured died on or about May 19, 2016 of a self-inflicted gunshot wound; and

WHEREAS, as a consequence of the Insured's death, the Death Benefit became payable; and

WHEREAS, on or about June 9, 2006, the Insured had executed a Group Term Life Insurance Coverage Portability Election form on which he designated Diane Hillard as primary beneficiary of the Participant Term Life Contract, and Cheryl Hillard as contingent beneficiary of the Participant Term Life Contract; and

WHEREAS, prior to the Insured's death, the Insured and Diane Hillard entered into a Marital Settlement Agreement ("MSA") which, although it does not specifically identify the Participant Term Life Contract, may serve to require payment of the Death Benefit to the minors, A.H. and K.H; and

WHEREAS, paragraph 66 of the MSA reads: "[The Insured] presently has a $500,000 death benefit term life insurance policy which expires soon and he is uninsurable. He agrees to maintain this existing policy and benefit level during the balance of the contracted term with our children as the named beneficiary. To establish proof of his continued maintenance of such life insurance coverage, [the

2

Insured] further agrees to provide to Diane [Hillard] either 1) a written, continuing release to allow verification directly with the respective insurance company or its agent, or 2) written documentation on or before May 1 of each year."; and

WHEREAS, the MSA was incorporated into the divorce decree; and

WHEREAS, the MSA and the divorce decree did not specifically identify the Participant Term Life Contract; and

WHEREAS, Colo. Rev. Stat. § 15-11-804 is Colorado's divorce revocation statute, which serves to revoke beneficiary designations made to spouses prior to or during a marriage; and

WHEREAS, A.H. and K.H. have a claim to the Death Benefit pursuant to the terms of the MSA. Cheryl Hillard has a claim to the Death Benefit because she was named as contingent beneficiary in the June 9, 2006 Group Term Life Insurance Coverage Portability Election form; and

WHEREAS, Prudential does not dispute that the Death Benefit is due and owing; and

WHEREAS, in light of the competing claims that were or are available to Diane Hillard, Cheryl Hillard, A.H. and K.H., Prudential sought to Interplead the Death Benefit in this action; and

WHEREAS, Prudential requested in its Complaint that the Court appoint a guardian a*d litem* for A.H. and K.H. and enter an Order (i) restraining the parties

3

from instituting any action against Prudential, (ii) discharging Prudential from all liability to the parties, (iii) awarding Prudential payment of its reasonable attorneys' fees and costs expended in connection with the lawsuit; and (iv) dismissing Prudential from further participation in the lawsuit with prejudice; and

WHEREAS, Diane Hillard has agreed to forever release and waive any and all claims she may have to the Death Benefit and/or under the Participant Term Life Contract in her personal capacity; and

WHEREAS, as a result of Diane Hillard's waiver of claims in her personal capacity, Prudential, Diane Hillard and Cheryl Hillard agree that Diane Hillard no longer has a conflict that would preclude her from serving as guardian *ad litem* for her minor children, A.H. and K.H., in the above-captioned matter; and

WHEREAS, Cheryl Hillard has agreed to forever release and waive any and all claims she may have against Prudential relating to the Death Benefit and/or under the Participant Term Life Contract, as set forth more particularly herein; and

WHEREAS, Diane Hillard and Cheryl Hillard have agreed that, once the Death Benefit is deposited with the Clerk of this Court, as outlined below, Diane Hillard and Cheryl Hillard will seek to have the deposited funds transferred to the Douglas County District Court and that, simultaneous with the Douglas County District Court approving a plan for the funds to be placed in trust for the benefit of

K.H. and A.H., with Cheryl Hillard serving as sole trustee, Cheryl Hillard will waive and release any claim she may have to the Death Benefit; and

NOW, THE PARTIES HEREBY AGREE AND STIPULATE THAT:

**IT IS ORDERED** that Diane Hillard in her personal capacity forever releases and waives all claims she may have had to the Death Benefit and/or under the Participant Term Life Contract; and it is

**FURTHER ORDERED** that Diane Hillard is hereby appointed guardian *ad litem* for the minors A.H. and K.H. in connection with the above-captioned matter; and it is

**FURTHER ORDERED** that the motion to Deposit Funds is hereby granted; and it is

**FURTHER ORDERED** that within twenty-one (21) days of the date of this order, Prudential shall deposit with the Clerk of this Court the Death Benefit; to wit: $500,000, together with accrued claim interest, if any; and it is

**FURTHER ORDERED** that the Death Benefit as herein set forth be deposited by the Clerk into the Registry of this Court as soon as the business of this office allows, and the Clerk shall deposit these funds into an interest-bearing account; and it is

**FURTHER ORDERED** that the Death Benefit so invested in the interest-bearing account shall remain on deposit until further order of this Court; and it is

5

**FURTHER ORDERED** that the Clerk shall deduct a fee for handling of the funds, as authorized by the Judicial Conference of the United States and as set by the Director of the Administrative Office at or equal to ten percent (10%) of the income earned for deduction in the investment so held and without further order of the Court; and it is

**FURTHER ORDERED** that Prudential shall serve a copy of this Order upon the Clerk of this Court; and it is

**FURTHER ORDERED** that upon the deposit of the Death Benefit with the Clerk of the Court, interpleader relief is granted in favor of Prudential and Prudential shall be, and hereby is, discharged from any and all liability to Diane Hillard in her individual capacity; A.H. by and through her natural mother, Diane Hillard; K.H. by and through her natural mother, Diane Hillard; and Cheryl Hillard relating to the Participant Term Life Contract and/or the Death Benefit, and that Diane Hillard in her individual capacity; A.H. by and through her natural mother, Diane Hillard; K.H. by and through her natural mother, Diane Hillard; and Cheryl Hillard relating to the Participant Term Life Contract and/or the Death Benefit, be, and hereby are, permanently enjoined from bringing any action or proceeding in any forum, or making any further actual or implied claims, demands and causes of action, asserted or unasserted, liquidated or unliquidated, or bringing any action or

proceeding in any forum, arising out of or in connection with Prudential relating to the Participant Term Life Policy and/or the Death Benefit due thereunder; and it is

**FURTHER ORDERED** that all claims, rights, interests and actions that Diane Hillard in her individual capacity; A.H. by and through her natural mother, Diane Hillard; K.H. by and through her natural mother, Diane Hillard; and Cheryl Hillard relating to the Participant Term Life Contract and/or the Death Benefit might otherwise have held against Prudential with respect to the Participant Term Life Contract and/or the Death Benefit are hereby released; and it is

**FURTHER ORDERED** that any and all claims against Prudential relative to the Participant Term Life Contract and/or the Death Benefit be, and the same hereby are, dismissed with prejudice; and that Prudential be, and hereby is, dismissed from this action with prejudice, and it is

**FURTHER ORDERED** that, upon Prudential's deposit of the Death Benefit as set forth herein, this case is administratively closed, pursuant to L. Civ. R. 41.2, until such time as the probate matter has been opened in the Douglas County District Court and upon further Order of this Court; and it is

**FURTHER ORDERED** that counsel for Prudential shall serve a copy of the within Order upon all parties within seven days of its receipt.

_____
DISTRICT COURT JUDGE

Date: __5/12/2017__

Stipulated and agreed:

_____
Jaclyn D. Malyk, Esq.
d'Arcambal Ousley & Cuyler Burk, LLP
Parsippany Corporate Center
Four Century Drive
Parsippany, New Jersey 07054
Tel.: 973.734.3200
Fax: 973.734.3201
jmalyk@darcambal.com
*Attorneys for The Prudential Insurance Company of America*

_____
Diane Hillard, *pro se*
*In her personal capacity*

_____
Diane Hillard, *pro se*
*In her capacity as natural mother and guardian ad litem for the minors A.H. and K.H.*

State of CO
County of Douglas
05-12-2017
Kristen K. Stuart-Hill  Expires 05-12-208

KRISTEN K STUART-HILL
Notary Public - State of Colorado
Notary ID 20064015960
My Commission Expires May 12, 2018

_____
Nicholas J. Morris, Esq.
Bond & Morris, P.C.
303 E. 17th Avenue, Suite 888
Denver, Colorado 80203
Tel.: 303.837.9222
Fax: 303.837.0849
*Attorneys for Cheryl Hillard*

_____
Cheryl Hillard
*Defendant, represented by Bond & Morris, P.C.*

8

Date: 5/10/17

Stipulated and agreed:

_____   _____
Jaclyn D. Malyk, Esq.                  Diane Hillard, *pro se*
d'Arcambal Ousley & Cuyler Burk,       *In her personal capacity*
LLP
Parsippany Corporate Center
Four Century Drive
Parsippany, New Jersey 07054
Tel.: 973.734.3200
Fax: 973.734.3201
jmalyk@darcambal.com
*Attorneys for The Prudential Insurance*
*Company of America*


_____   _____
Diane Hillard, *pro se*                Nicholas J. Morris, Esq.
*In her capacity as natural mother and* Bond & Morris, P.C.
*guardian ad litem for the minors A.H.* 303 E. 17th Avenue, Suite 888
*and K.H.*                             Denver, Colorado 80203
                                       Tel.: 303.837.9222
                                       Fax: 303.837.0849
                                       *Attorneys for Cheryl Hillard*


*/s/ Cheryl Hillard*
Cheryl Hillard
*Defendant, represented by Bond & Morris, P.C.*

State of Colorado
County of Douglas

**HEATHER LYNN PARKER**
**NOTARY PUBLIC**
**STATE OF COLORADO**
**NOTARY ID 20154008985**
**MY COMMISSION EXPIRES 03/04/2019**

Subscribed and sworn to (or affirmed) before me on this 10th day of May 2017, by Cheryl Hillard proved to me ~~on~~ the basis of satisfactory evidence to be the person(s) who appeared ~~to~~ before me.

*/s/ Heather Parker*, Heather Parker

Date: 5/12/2017

Stipulated and agreed:

*Jaclyn D. Malyk* (signature)
Jaclyn D. Malyk, Esq.
d'Arcambal Ousley & Cuyler Burk, LLP
Parsippany Corporate Center
Four Century Drive
Parsippany, New Jersey 07054
Tel.: 973.734.3200
Fax: 973.734.3201
jmalyk@darcambal.com
*Attorneys for The Prudential Insurance Company of America*

(signature)
Diane Hillard, *pro se*
*In her personal capacity*

(signature)
Diane Hillard, *pro se*
*In her capacity as natural mother and guardian ad litem for the minors A.H. and K.H.*

State of CO
County of Douglas
05-12-2017
Kristen K Stuart-Hill   Expires 05-12-208

[Notary stamp: KRISTEN K STUART-HILL, Notary Public - State of Colorado, Notary ID 20064015960, My Commission Expires May 12, 2018]

Nicholas J. Morris, Esq. /s/ Daniel F. Warden
Bond & Morris, P.C.
303 E. 17th Avenue, Suite 888
Denver, Colorado 80203
Tel.: 303.837.9222
Fax: 303.837.0849
*Attorneys for Cheryl Hillard*

_____
Cheryl Hillard
*Defendant, represented by Bond & Morris, P.C.*

8